**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOAO DE OLIVEIRA VIERA,

        Plaintiff,

v.                                                    Case No. 26-10874
                                                      Honorable Linda V. Parker

KEVIN RAYCRAFT, Immigration and Customs
Enforcement, Director of Detroit Field Office,
Enforcement and Removal, MARKWAYNE MULLIN,
Secretary of the U.S. Depart of Homeland
Security, and TODD BLANCHE,
Acting U.S. Attorney General,

        Defendant.
_____/

## ORDER DISMISSING CASE

On May 19, 2026, the Government filed a status report which indicates that

Petitioner had been removed from the United States and released from

Respondents' custody. (ECF No. 7.)  As such, there is no further action required

from this Court.

Accordingly,

**IT IS HEREBY ORDERED** that this matter is **CLOSED.**

                        s/ Linda V. Parker
                        LINDA V. PARKER
                        U.S. DISTRICT JUDGE

Dated: May 20, 2026